# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

VEOTIS MULDROW                                                                                          PLAINTIFF
ADC # 123054

v.                                        No. 5:11CV00013 JLH-JJV

STEPHANIE HARRISON, Head Jailer,
Dumas City Jail; and DUMAS CITY JAIL                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   The Defendant Dumas City Jail is DISMISSED without prejudice.

2.   Plaintiff's official capacity claim against Defendant Stephanie Harrison is DISMISSED without prejudice.

IT IS SO ORDERED this 31st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE