**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| VEOTIS MULDROW<br>ADC # 123054 | PLAINTIFF |
| v.     5:11-cv-00013-JJV | |
| STEPHANIE HARRISON, Head Jailer,<br>Dumas City Jail; DUMAS CITY JAIL | DEFENDANTS |

## ORDER

Since September 22, 2011, all mail sent to Plaintiff by the Court has been returned to sender. On December 5, 2011, Defendant Harris filed a Notice of Returned Mail (Doc. No. 36) informing the Court that her First Set of Interrogatories and Request for Production of Documents mailed to Plaintiff at his address of record had twice been returned. As of today's date, Plaintiff's whereabouts remain unknown. At the inception of this case, the Court notified Plaintiff of his obligation to comply with Local Rule 5.5(c) – informing the Clerk of any change of address – and that failure to do so could result in the case being dismissed without prejudice. (Doc. No. 12).

Because Plaintiff has failed to keep the Clerk informed of his current address, Plaintiff's Complaint is DISMISSED without prejudice. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 6th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE