**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

VEOTIS MULDROW                                                                                    PLAINTIFF
ADC # 123054

v.                                              5:11-cv-00013-JJV

STEPHANIE HARRISON, Head Jailer,
Dumas City Jail; DUMAS CITY JAIL                                                       DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 6th day of January, 2012.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE